FORM FOR USE IN APPLICATIONS
FOR HABEAS CORPUS UNDER 28 § U.S.C. 2254

2:07CV1052-mht

__TOMMY STRICKLAND__
Name

__124708__
Prison Number

__RED EAGLE HONOR FARM__
Place of Confinement

United States District Court for the __MIDDLE__ District of __ALABAMA__

Case No. _____ (To be supplied by Clerk of U.S. District Court)

__TOMMY STRICKLAND__, PETITIONER
(Full name) (Include name under which you were convicted)

__RALPH HOOKS__, RESPONDENT
(Name of Warden, Superintendent, Jailor, or authorized person having custody of Petitioner)

and

THE ATTORNEY GENERAL OF THE STATE OF __TROY KING__,
ADDITIONAL RESPONDENT.

(If petitioner is attacking a judgment which imposed a sentence to be served in the <u>future</u>, petitioner must fill in the name of the state where the judgment was entered. If petitioner has a sentence to be served in the <u>future</u> under a federal judgment which he wishes to attack, he should file a motion under 28 U.S.C. § 2255 in the federal court which entered the judgment)

**PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

**INSTRUCTIONS – READ CAREFULLY**

(1)  This petition must be legibly handwritten or typewritten and signed by the petitioner under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

The Judicial Conference of the United States has adopted, effective 1/1/83, the 8-1/2 x 11 inch paper size standard for use throughout the federal judiciary and directed the elimination of the use of legal size paper. All pleadings, etc. filed after 12/31/82 must be on 8-1/2 x 11 inch paper, otherwise we cannot accept them.

-1-

support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt of a fee of $5.00, your petition will be filed if it is in proper order.

(4) If you do not have the necessary filing fee, you may request permission to proceed *in forma pauperis*, in which event you must execute the declaration on the last page, setting forth information establishing your inability to prepay the fees and costs or give security therefor. If you wish to proceed *in forma pauperis*, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

(5) Only judgments entered by one court may be challenged in a single petition. If you seek to challenge judgments entered by different courts, either in the same state or in different states, you must file separate petitions as to each court.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7) When the petition is fully completed, **the original and two copies** must be mailed to the Clerk of the U.S. District Court, whose address is **P.O. Box 711, Montgomery, AL 36101**.

(8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

\* If you are proceeding *in forma pauperis*, only the original petition needs to be filed with the Court.

## PETITION

1. Name and location of court which entered the judgment of conviction under attack __ELMORE CIRCUIT COURT__

2. Date of judgment of conviction __MARCH 4, 1986__

3. Length of sentence __15 YEARS__ Sentencing Judge _____

4. Nature of offense or offenses for which you were convicted __PROMOTING PRISON CONTRABAND__

5. What was your plea? (Check one)
   (a) Not guilty          ( )
   (b) Guilty              (X)
   (c) Nolo contendere     ( )
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details: _____

-2-

(1) Jury ( )
(2) Judge only (X)

7. Did you testify at the trial?   Yes ( )   No (X)

8. Did you appeal from the judgment of conviction:   Yes ( )   No (X)

9. If you did appeal, answer the following:
   (a) Name of court _____N/A_____
   (b) Result _____N/A_____
   (c) Date of result _____N/A_____
   If you filed a second appeal or filed a petition for certiorari in the Supreme Court, give details: _____N/A_____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?   Yes (X)   No ( )

11. If your answer to 10 was "yes," give the following information:
    (a) (1) Name of court _____ELMORE CIRCUIT COURT_____
        (2) Nature of proceeding _____RULE 32_____
        (3) Grounds raised _____ILLEGAL SENTENCE IN VIOLATION OF STRICKLAND'S RIGHT_____
        _____THE COURT WAS WITHOUT JURISDICTION TO SENTENCE UNDER HFOA_____
        (4) Did you receive an evidentiary hearing on your petition, application, or motion?
            Yes ( )   No (X)
        (5) Result _____DENIED_____
        (6) Date of result _____JANUARY 22, 2007_____
    (b) As to any second petition, application, or motion, give the same information:
        (1) Name of court _____

-3-

(2) Nature of proceeding N/A

    (3) Grounds raised _____ N/A _____

    (4) Did you receive an evidentiary hearing on your petition, application, or motion?
        Yes ( )   No ( )
    (5) Result _____ N/A _____
    (6) Date of result _____ N/A _____
(c) As to any third petition, application, or motion, give the same information:
    (1) Name of court _____ N/A _____
    (2) Nature of proceeding _____ N/A _____

    (3) Grounds raised _____ N/A _____

    (4) Did you receive an evidentiary hearing on your petition, application, or motion?
        Yes ( )   No ( )
    (5) Result _____
    (6) Date of result _____
(d) Did you appeal to the highest state court having jurisdiction the result of any action taken on any petition, application, or motion:
    (1) First petition, etc.            Yes (X)   No ( )
    (2) Second petition, etc.         Yes ( )   No ( )
    (3) Third petition, etc.          Yes ( )   No ( )
(e) If you did <u>not</u> appeal from the adverse action on any petition, application, or motion, explain briefly why you did not: _____ N/A _____

12.    State <u>concisely</u> every ground on which you claim that you are being held unlawfully. Summarize <u>briefly</u> the <u>facts</u> supporting each ground.

    CAUTION:    In order to proceed in the federal court, you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. As to all grounds on which you have previously exhausted state remedies, you should set them forth in this petition if you wish to seek federal relief. If you fail to set forth all such grounds in this petition, you may be barred from presenting them at a later date.

    For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted all your state court remedies with respect to them. However, <u>you should raise in this petition all available grounds</u> (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

If you select one or more of these grounds for relief, you must allege facts in support of the ground or grounds which you choose. Do not check any of the grounds listed below. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure [where the state has not provided a full and fair nearing on the merits of the Fourth Amendment claim].
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: SEE ATTACHED FOR GROUND AND EACH FACT STATED.
Supporting FACTS (tell your story briefly without citing cases or law): SEE ATTACHED FOR SPECIFIC FACTS

B. Ground two: SEE ATTACHED FOR GROUND AND EACH FACT STATED
Supporting FACTS (tell your story briefly without citing cases or law): SEE ATTACHED FOR SPECIFIC FACTS.

*GROUND three: SEE ATTACHED FOR GROUND*

Supporting FACTS (tell your story briefly without citing cases or law): _SEE ATTACHED FOR SPECIFIC FACTS_

D. Ground four: _____

Supporting FACTS (tell your story briefly without citing cases or law):

13. If any of the grounds listed in 12A, B, C, and D, were not previously presented in any other court, state or federal, state briefly what grounds were not so presented, and give your reasons for not presenting them: __N/A__

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack? Yes ( )   No (✓)

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing _____
    (b) At arraignment and plea _____
    (c) At trial _____
    (d) At sentencing __JOHN COTTLE__

-6-

(f) In any post-conviction proceeding _____

(g) On appeal from any adverse ruling in a post-conviction proceeding: _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?    Yes ( )    No (✗)

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?    Yes (✗)    No ( )
    (a) If so, give name and location of court which imposed sentence to be served in the future: _REMAIN___ FEB 27, 2008 ONLY TIME_
    (b) And give date and length of sentence to be served in the future: __NONE__

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?    Yes ( )    No (✗)

WHEREFORE, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury, that the foregoing is true and correct.

Executed on __11-19-07__

_Tommy Strickland_
Signature of Petitioner

-7-

Tommy Strickland
# 124708
1290 Red Eagle Rd.
Montgomery, Al. 36110

Office of Clerk
Middle District Court
P.O. Box 711
Montgomery, AL. 36102



U.S. POSTAGE PAID
MONTGOMERY, AL
36110
NOV 28, 07
AMOUNT
$1.31
0004585601