*To Business Office*

IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF ALABAMA

RECEIVED

2007 NOV 30  A  9: 47

AFFIDAVIT IN SUPPORT OF REQUEST
TO PROCEED IN FORMA PAUPERIS

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

TOMMY STRICKLAND
Plaintiff(s)

vs.

2:07CV1052-mht

RALPH HOOKS
Defendant(s)

I, __TOMMY STRICKLAND__, being first duly sworn, depose
and say that I am the plaintiff in the above entitled case; that in
support of my motion to proceed without being required to prepay fees,
costs or give security therefor, I state that because of my poverty I
am unable to pay the costs of said proceeding or to give security
therefor; that I believe I am entitled to relief.  I recognize that I
may be prosecuted for any false statement which I may make herein.
     I futher swear that the responses which I have made to questions
and instructions below are true.

1.   Are you presently employed?   YES (  )  NO (✗)

     A.   If the answer is YES, state the amount of your salary or
          wages per month, and give the name and address of your employer.

          __INCARCERATED over TWO YEARS__

          __NO EARN INCOME__

     B.   If the answer is NO, state the date of last employment and
          the amount of salary and wages per month which you received.

          __IN STATE PRISON over Two YEARS__

2.   Have you received within the past twelve months any money from any
     of the following sources?

     A.   Business, profession or form of self-employment? YES (  )
                                                            NO (✗)

     B.   Rent payments, interest or dividends?         YES (  )
                                                        NO (✗)

C.    Pensions, annuities or life insurance payments?    YES ( )
                                                         NO (✗)

D.    Gifts or inheritances?                             YES ( )
                                                         NO (✗)

E.    Any other sources?                                 YES ( )
                                                         NO (✗)

If the answer to any of the above is YES, describe each source of
money and state the amount received from each during the past
twelve months. _PRISON    ACCOUNT  AS  LISTED_.

_I  HAVE  NO  EARN INCOME_

    I declare under penalty of perjury that the foregoing is true and
correct.

    Executed on _11- 15- 07_                        .
                    (Date)

                                    _Tommy Strickland  124208_
                                    Signature of Affiant

## CERTIFICATE

    I hereby certify that the plaintiff herein has the sum of $ _28.20_
on account to his credit at the _Red Eagle Honor Farm_ institution
where he is confined.  I further certify that plaintiff likewise has
the following securities to his credit according to the records of
said institution: _____

_____

    I further certify that he has had the average sum on account at
this institution as of the first day of each month of the immediate
preceding months (not to exceed six (6) months.

    1. $_____ on the 1st day of _____
    2. $_____ on the 1st day of _____
    3. $_____ on the 1st day of _____
    4. $_____ on the 1st day of _____
    5. $_____ on the 1st day of _____
    6. $_____ on the 1st day of _____

                                    _Teclen J. Johnson_
                                    Authorized Officer of Institution

DATE _11- 19-07_

```
                        STATE OF ALABAMA
                   DEPARTMENT OF CORRECTIONS
                     RED EAGLE HONOR FARM


AIS #: 124708      NAME: STRICKLAND, TOMMY          AS OF: 11/19/2007
```

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|-------|-----------|-------------------|------------------|
| NOV | 11 | $0.12 | $0.00 |
| DEC | 31 | $40.14 | $239.53 |
| JAN | 31 | $31.46 | $142.73 |
| FEB | 28 | $19.54 | $0.00 |
| MAR | 31 | $15.61 | $120.18 |
| APR | 30 | $3.13 | $249.83 |
| MAY | 31 | $17.19 | $156.60 |
| JUN | 30 | $13.46 | $126.90 |
| JUL | 31 | $5.38 | $129.90 |
| AUG | 31 | $5.76 | $122.70 |
| SEP | 30 | $21.06 | $140.70 |
| OCT | 31 | $36.56 | $299.40 |
| NOV | 19 | $62.71 | $0.00 |

*Account Clerk*
*Red Eagle Honor Farm*