```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001446
Cashier ID: cstrecke
Transaction Date: 12/07/2007
Payer Name: TOMMY STRICKLAND
-------------------------------------
WRIT OF HABEAS CORPUS
 For: TOMMY STRICKLAND
 Case/Party: D-ALM-2-07-CV-001052-001
 Amount:         $5.00
-------------------------------------
MONEY ORDER
 Remitter: TOMMY STRICKLAND
 Check/Money Order Num: 361101
 Amt Tendered: $5.00
-------------------------------------
Total Due:      $5.00
Total Tendered: $5.00
Change Amt:     $0.00
```

DALM207CV001052-MHT

TOMMY STRICKLAND

RED EAGLE HONOR FARM

1290 RED EAGLE ROAD

MONTGOMERY, AL  36110