| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Taylor* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery 12/11/07 |
| 1. Article Addressed to:<br><br>Troy King, Attorney General<br>Alabama State House<br>11 South Union Street<br>Montgomery, AL 36130<br><br>07cv1052  Pet & OP | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label)  7007 1490 0000 0026 7067 | |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540