| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )  C. Date of Delivery<br>SGT. Feusha Branding |
| 1. Article Addressed to:<br><br>Warden Ralph Hooks<br>Red Eagle Honor Farm<br>1290 Four Spot Road<br>Montgomery, AL 36110<br><br>07cv1052 Pet & OP | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>[postmark: MONTGOMERY AL 36121-9998 DEC 12 2007 LAGOON PARK STATION]<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7007 1490 0000 0026 7074 |

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540