IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TOMMY STRICKLAND, <br> AIS # 124708, <br><br> Petitioner, <br><br> vs. <br><br> WARDEN RALPH HOOKS, *et al.*, <br><br> Respondents. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE #: 2:07-cv-1052-MHT <br> ) <br> ) <br> ) <br> ) |

**RESPONDENTS' REQUEST FOR EXTENSION OF TIME**

Come now the Respondents, by and through the Attorney General for the State of Alabama, and hereby request a twenty-one (21) day extension of time in which to file their response as directed by this Court's December 10, 2007, SHOW CAUSE order. The Respondents request this extension on the following grounds:

1. The original due date for this response was Monday, December 31, 2007.

2. Undersigned counsel has been involved in other work in the federal district courts and the appellate courts of the State of Alabama and therefore has had insufficient time in which to review and complete Respondent's Answer.

3. If this Court were to grant this request for an extension of time, the response will be due on Monday, January 21, 2008. The Petitioner will not be prejudiced by this extension in any manner.

Therefore, for these reasons, the Respondents respectfully request this Court to extend its due date for said response to January 21, 2008.

          Respectfully submitted,

          Troy King (KIN047)
          Attorney General
          By:


          /s/Madeline Hinson Lewis
          Madeline Hinson Lewis
          Assistant Attorney General
          11 South Union
          Montgomery, AL  36130-0152
          Telephone:  (334) 242-7300
          Fax:  (334) 242-2848
          E-Mail:  mlewis@ago.state.al.us

## CERTIFICATE OF SERVICE

I hereby certify that on this the 28th day of December, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant: Tommy Strickland, AIS #124708, Red Eagle Honor Farm, 1290 Red Eagle Road, Montgomery, AL 36110.

/s/ Madeline Hinson Lewis
Madeline Hinson Lewis (HIN032)
Office of the Attorney General
Alabama State House
11 South Union
Montgomery, AL 36130-0152
Telephone: (334) 242-7300
Fax: (334) 242-2848
E-Mail: Mlewis@ago.state.al.us

ADDRESS OF COUNSEL:

Office of the Attorney General
Criminal Appeals Division
11 South Union Street
Montgomery, Alabama 36130-0152
(334) 242-7300

359515/116116-001