IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TOMMY STRICKLAND,<br>AIS # 124708, | )<br>)<br>) | |
| Petitioner, | )<br>) | |
| vs. | )<br>) | CASE #: 2:07-cv-1052-MHT |
| WARDEN RALPH HOOKS, *et al.*, | )<br>)<br>) | |
| Respondents. | ) | |

## CONFLICT DISCLOSURE STATEMENT

Come now Troy King and Ralph Hooks, by and through Counsel named below, and make the following disclosure regarding potential conflicts of interest relating to those designated in this Court's General Order No. 00-3047:

Troy King and Ralph Hooks, parties named to the above-captioned case as required under 28 U.S.C. § 2242 and Rules 2(a) and (b) of the Rules Governing Habeas Corpus Cases Under § 2254 Cases, have been sued in their official capacities. Neither the Alabama Attorney General nor the Warden of the St. Clair Correctional Facility possess any known affiliations that would create a "professional or financial conflict for a judge" on this Court.

             s/Madeline Hinson Lewis
             Madeline Hinson Lewis
             Counsel for Troy King and Ralph Hooks

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of January, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document (including all exhibits) to the following non-CM/ECF participants: Tommy Strickland, AIS #124708, Red Eagle Honor Farm, 1290 Red Eagle Road, Montgomery, AL 36110.

/s/ Madeline Hinson Lewis
Madeline Hinson Lewis (HIN032)
Office of the Attorney General
Alabama State House
11 South Union
Montgomery, AL 36130-0152
Telephone: (334) 242-7300
Fax: (334) 242-2848
E-Mail: Mlewis@ago.state.al.us

ADDRESS OF COUNSEL:

Office of the Attorney General
Criminal Appeals Division
11 South Union Street
Montgomery, Alabama 36130-0152
(334) 242-7300

365457/116116-001