IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TOMMY STRICKLAND, #124708, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07cv1052-MHT |
| ) | (WO) |
| RALPH HOOKS, WARDEN, et al., ) | |
| ) | |
| Respondents. ) | |

## OPINION

On November 3, 2009, the magistrate judge filed a recommendation in this case to which no timely objections have been filed.  Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge, the court is of the opinion that the recommendation of the magistrate judge should be adopted and that the petition for habeas-corpus relief pursuant to 28 U.S.C. § 2254 should be denied as time-barred.  An appropriate judgment will be entered.

Done this the 23rd day of November,  2009.

　　　　　　　　　　/s/   Myron H. Thompson
　　　　　　　　UNITED STATES DISTRICT JUDGE