IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TOMMY STRICKLAND, #124708, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07cv1052-MHT |
| | ) | (WO) |
| RALPH HOOKS, WARDEN, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## FINAL JUDGMENT

In accordance with the prior proceedings and orders of the court, it is ORDERED and ADJUDGED that the magistrate judge's recommendation (Doc. # 16) is adopted and the petition for habeas-corpus relief pursuant to 28 U.S.C. § 2254 (Doc. # 1) is denied.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

The Clerk of Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 23rd day of November,  2009.


        /s/   Myron H. Thompson
UNITED STATES DISTRICT JUDGE